People v Jackson (2024 NY Slip Op 06169)

People v Jackson

2024 NY Slip Op 06169

Decided on December 10, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: December 10, 2024

Before: Renwick, P.J., Friedman, Shulman, Pitt-Burke, Rosado, JJ. 

Ind. No. 00608/21 Appeal No. 3221 Case No. 2023-00656 

[*1]The People of the State of New York, Respondent,
v
Tommy Jackson, Defendant-Appellant.

Caprice R. Jenerson, Office of Appellate Defender, New York (Ronald Zapata of counsel), for appellant.
Alvin L. Bragg, Jr., District Attorney, New York (Sarah Lubin of counsel), for respondent.

Judgment, Supreme Court, New York County (Robert M. Mandelbaum, J.), rendered December 2, 2021, convicting defendant, upon his plea of guilty, of criminal possession of a weapon in the second degree, and sentencing him to a term of 4½ years, unanimously affirmed.
Defendant's argument that the hearing court violated his right to a fair trial by acting as an advocate for the prosecution (see People v Arnold, 98 NY2d 63 [2002]) is unpreserved and we decline to consider it in the interest of justice (see People v Guadalupe, 254 AD2d 69 [1st Dept 1998], lv denied 92 NY2d 982 [1998]). As an alternative holding, we find that the two questions the court asked, which elicited the name of the 911 caller to whom the arresting officer spoke, did not improperly intrude on the prosecutor's function (see People v Mack, 181 AD3d 427, 428 [1st Dept 2020], lv denied 35 NY3d 1028 [2020]) and provides no basis to disturb the court's findings that the arresting officers had reasonable suspicion to stop and frisk defendant, and probable cause to arrest him.
We perceive no basis for reducing defendant's sentence.
We have considered defendants remaining contentions and find them unavailing. 
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: December 10, 2024